

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2015

No. 04-15-00463-CV

**JBS CARRIERS, INC.** and James Lundry,
Appellants

v.

Trinette L. **WASHINGTON**, Sophia Renee Lenzy, Thomas Charles Lenzy, Individually, and as
Representatives of The State of Mary L. Turner, deceased,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13011
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The clerk's record was due August 25, 2015, but it was not filed. On August 26, 2015, the clerk filed a notification of late record stating the clerk's record was not filed because JBS Carriers, Inc. and James Lundry (appellants/cross-appellees) have not paid or made arrangements to pay the clerk's fee to prepare the record and appellants/cross-appellees are not entitled to the record without paying the fee. We order JBS Carriers and James Lundry to provide written proof to this court by September 18, 2015, that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellants/cross-appellees are entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellants/cross-appellees fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court